# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

IN RE: INCLUSIVE ACCESS COURSE
MATERIALS ANTITRUST LITIGATION

20 MDL NO. 2946 (DLC)

## JUDGMENT

-----------------------------------------------------------

This Judgment applies to the following actions:

20cv3162 20cv3660 20cv6314 20cv6317
20cv6331 20cv6333 20cv6334 20cv6335
20cv6364 20cv6840 20cv6842 20cv6845
20cv6847 29cv6848

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 14, 2021, the Defendants' January 22, 2021 motion to dismiss is granted; judgment is entered for the Defendants and the case is closed.

**Dated:** New York, New York
June 15, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**

**BY:**

**Deputy Clerk**